UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii | **RE:  Nadia Roberts** |
| Senior United States District Judge | **Docket Number:  0972 1:11CR00199-002** |
| Fresno, California | **<u>PERMISSION TO TRAVEL</u>** |
| | **<u>OUTSIDE THE COUNTRY</u>** |


Your Honor:


Nadia Roberts is requesting permission to travel to Belize.    Nadia Roberts is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**      On July 30, 2012, Nadia Roberts was sentenced for the offense(s) of 26 USC 7206 (1), Willfully Making and Subscribing to a False Tax Return, a Class E Felony.


**Sentence Imposed:**  12 months 1 day BOP; 12 months TSR; mandatory drug testing waived; $100 special assessment, $3,219,196.44 restitution (both paid at the time of sentencing); warrantless search; cooperate with IRS; no weapons.


**Dates and Mode of Travel:**  Depart on airplane Bakersfield, California, 08/01/2014; return 08/05/2014.


**Purpose:**  Personal vacation with husband, Sean Roberts.  The matter was discussed with United States Attorney Mark Cullers who does not object to the travel.


1

RE:   **Nadia Roberts**
      **Docket Number:  0972 1:11CR00199-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

**/s/ Julie R. Martin**

**JULIE R. MARTIN**
**United States Probation Officer**


Dated:      June 16, 2014
            Bakersfield, California
            JRM:jrm

/s/ Thomas A. Burgess

**REVIEWED BY:**      **THOMAS A. BURGESS**
                     **Supervising United States Probation Officer**


---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved


IT IS SO ORDERED.

Dated:  June 16, 2014

SENIOR  DISTRICT  JUDGE


2